TWENTY SECOND JUDICIAL DISTRICT COURT

FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO: 2009-16363     DIVISION: A

DONALD A. DOMINIO, SR.

VERSUS

ALLSTATE INSURANCE COMPNAY

FILED: OCT 26 2009     S/CONNIE GENNARO

DEPUTY CLERK

## PETITION FOR DAMAGES

**NOW INTO COURT**, comes Donald A. Dominio, Sr., a person of the age of majority and citizens of and domiciled in the Parish of St. Tammany, who respectfully represent that:

I.

Made defendant herein is **ALLSTATE INSURANCE COMPANY**, a foreign insurer domiciled in the State of Illinois and doing business in the State of Louisiana.

II.

Petitioner Donald A. Dominio, Sr. is an owner of a immovable property with improvements located thereon, all said property being located at 1185 Walnut Street, Slidell, Louisiana, in the Parish of St. Tammany, all of which property sustained damage as a result of a fire which occurred on February 17, 2009 and the following days.

III.

As a result of the fire, the property of Petitioner was severely damaged, resulting in total loss of the property and the contents that occupied the property.

IV.

Petitioner had contracted a Homeowners Insurance Policy, covering the structure and contents on his Property with Defendant, which was on the date of loss, and still is, in full effect.

V.

Petitioner's efficient causes of his losses were caused by the fire which occurred on February 17, 2009.

VI.

Petitioner paid all premiums due under the policy and materially performed his obligations under said policy.

VII.

Satisfactory proofs of loss and amicable demands have been made by Petitioner to Defendant, for the Defendants to pay to Petitioner under his contents coverage of his insurance policy with Defendants, but to no avail.

VIII.

Upon proper and repeated demands by Petitioner, Defendant has refused to meet its obligations under the policies and refused to pay the damages due to Petitioner.

IX.

Despite timely notice and other information provided by Petitioner, Defendant has refused to establish property-loss reserves.

X.

As a direct and proximate result of the breaches by Defendant, Petitioner was deprived of the benefit of insurance coverage for which Defendant was paid substantial premiums and, accordingly, Petitioner has suffered substantial damages.

XI.

Petitioner seeks specific performance of the insurance contracts and an accounting for payments due thereon and for indemnities for losses suffered as a result of the fire.

XII.

Defendant is liable for damages that occurred as a result of the fire on February 17, 2009 and all resulting damages, whether or not these damages involved concurrent causes.

XIII.

Defendant was aware of the law which made them liable for damages in such an event.

XIV.

The dominant and efficient cause of the losses due to the fire beginning on February 17, 2009 was accidental and therefore standard covered perils in the defendants'

homeowner's insurance policies, and do not fall within any standard excluded perils in the defendant's homeowner insurance policies.

### XV.

Defendant is liable under the duty of good faith and fair dealing under La. R.S. 22:1973, for the following acts:

(1) Misrepresenting pertinent facts or insurance policy provisions relating to any coverage's at issue.
(2) Failing to pay the amount of any claim due any person insured by the contract within sixty days after receipt of satisfactory proof of loss from the claimant when such failure is arbitrary, capricious, or without probable cause.
(3) Denying coverage or attempting to settle a claim on the basis of an application which the insurer knows was altered without notice to, or knowledge or consent of, the insured.
(4) Misleading a claimant as to the applicable prescriptive period.
(5) Failing to pay the amount of any claim due any person insured by the contract within sixty days after receipt of satisfactory proof of loss from the claimant when such failure is arbitrary, capricious, or without probable cause.
(6) Failing to pay claims pursuant to R.S. 22:1893 when such failure is arbitrary, capricious, or without probable cause.

Accordingly, Petitioner is entitled to both general and special damages for Defendant's breach of this imposed duty, and Petitioner should be awarded penalties assessed against the insurer.

### XVI.

Defendant is further liable under La. R.S. 22:1892, which requires the insurer to "make a written offer to settle any property damage claim ... within thirty days after receipt of satisfactory proofs of loss of that claim."

### XVII.

Petitioner seeks damages for interest, punitive damages provided by statutes, attorney fees and expenses.

### XVIII.

As a result of the injuries sued upon, Petitioner has incurred damages, injuries, inconvenience, physical discomfort, pain and suffering, past, present and future mental anguish.

### IX.

Petitioner specifically pleads the Doctrine of Respondeat Superior and Res Ipsa Loquitur.

Case 2:09-cv-07348-EEF-DEK   Document 1-5   Filed 11/16/2009   Page 4 of 8

WHEREFORE, Petitioner pray that Defendant be duly cited and that after due proceedings be had, there be judgment herein in favor of Petitioner, Donald A. Dominio, Sr., and against Defendant, Allstate Insurance Company, for specific performance of the insurance contract in question and an accounting for payments due thereon and for indemnity for losses suffered as a result, as well as both general and special damages, punitive damages provided by statute, attorney fees and expenses, and other relief entitled to by law.

RESPECTFULLY SUBMITTED,

COUTURE & SOILEAU, LLC
KEITH COUTURE, #22759
WESLEY J. LEVESQUE #31235
1427 West Causeway Approach
Post Office Box 2381
Mandeville, LA 70470-2381
(985) 674-4428
(985) 674-4462 fax

PLEASE SERVE:

Allstate Insurance Company
Through the Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, LA 70809


A TRUE COPY
DY. CLERK 72nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

TWENTY SECOND JUDICIAL DISTRICT COURT

FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO: 2009-16363   DIVISION: A

DONALD A. DOMINIO, SR.

VERSUS

ALLSTATE INSURANCE COMPNAY

FILED: OCT 26 2009   _S/CONNIE GENNARO_
DEPUTY CLERK

### VERIFICATION

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned authority, personally came and appeared:

**DONALD A. DOMINIO, SR.**

Who after being duly sworn did depose and say: That he is the plaintiff in the above and foregoing matter; that his attorney has read to him all of the allegations contained therein, and all are true and correct to the best of his knowledge and belief.

_Donald A. Dominio Sr._
DONALD A. DOMINIO, SR.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 23 DAY
OF Oct, 2009.

NOTARY PUBLIC
LSBA# 31235
COMMISSION IS FOR LIFE

WESLEY J. LEVESQUE
Notary Public
State of Louisiana
LSBA # 31235

A TRUE COPY
Connie Gennaro
DY CLERK, 22nd JUD. DIST. COURT
TAMMANY PARISH, LA.

PAGE 2/9 * RCVD AT 11/6/2009 9:37:50 AM [Central Standard Time] * SVR:hy/000B/47 * DNIS:57669 * CSID: * DURATION (mm-ss):01-33

**CT Corporation**

*closed 4/7/09*

**Service of Process Transmittal**
11/04/2009
CT Log Number 515674891

TO: Pam Broyard
Allstate Insurance Company
SE LA Liability/Casualty MCO, 3900 No. Causeway Boulevard
Suite 400
Metairie, LA 70002-

*MCB/CPL*
*5115745225*
*Donald Domino*

RE: **Process Served in Louisiana**

FOR: ALLSTATE INSURANCE COMPANY (Domestic State: IL)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

TITLE OF ACTION: Donald A. Domino, Sr., Petitioner vs. Allstate Insurance Company, Dft.

DOCUMENT(S) SERVED: Letter, Citation, Petition, Verification

COURT/AGENCY: 22nd Judicial District Court, Parish of St. Tammany, LA
Case # 2009-16363

NATURE OF ACTION: Insurance Litigation - Policy benefits claimed for property damage received as a result of a fire on 02/17/09

ON WHOM PROCESS WAS SERVED: C T Corporation System, Baton Rouge, LA

DATE AND HOUR OF SERVICE: By Certified Mail on 11/04/2009 postmarked on 11/02/2009

APPEARANCE OR ANSWER DUE: Within 15 days

ATTORNEY(S) / SENDER(S): Wesley J. Levesque
P.O. Box 2381
Mandeville, LA 70470
985-674-4428

REMARKS: Process forwarded by the Louisiana Secretary of State on 11/02/09.

ACTION ITEMS: SOP Papers with Transmittal, via Fed Ex Priority Overnight, 791510755699
Email Notification, Patti Cummings pgarq@allstate.com

SIGNED: C T Corporation System
PER: Lisa Uttech
ADDRESS: 5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808
TELEPHONE: 225-922-4490

SUIT RECEIVED
NOV 05 2009

Page 1 of 1 / LU

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Nov. 6. 2009 9:30AM   Allstate   No. 2839   P. 2

PAGE 3/9 * RCVD AT 11/6/2009 9:37:50 AM [Central Standard Time] * SVR:hy/000B/47 * DNIS:57669 * CSID: * DURATION (mm-ss):01-33

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

11/02/09

ALLSTATE INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA  70808

SUIT NO: 200916363
22ND JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY

DONALD A. DOMINIO, SR
vs
ALLSTATE INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE          Date:  10/30/09 at  3:00 PM
Served by: J BROWN               Title: DEPUTY SHERIFF

================================================================
Received      Number      Date          Paid By              Amount
CHECK/M.O.    108066      10/27/09      COC ST. TAMMANY      25.00

TG
================================================================

## NO. 736998



Nov. 6. 2009 9:30AM   Allstate   No.2839   P. 3

PAGE 4/9 * RCVD AT 11/6/2009 9:37:50 AM [Central Standard Time] * SVR:hy/DDDB/47 * DNIS:57669 * CSID: * DURATION (mm-ss):01-33

DONALD A. DOMINIO, SR.　　　　　　　No. 2009-16363 A

**SERVE**

Versus

## 22nd Judicial District Court
## Parish of St. Tammany

### Louisiana

ALLSTATE INSURANCE COMPANY

TO THE DEFENDANT   ALLSTATE INSURANCE COMPANY THROUGH THE LOUISIANA SECRETARY OF STATE, 8549 UNITED PLAZA BLVD., BATON ROUGE, LA 70809

You are hereby summoned to comply with the demand contained in the petition/ of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   26TH   day of   OCTOBER   A.D. 20 09

*Malise Prieto*, CLERK OF COURT

BY: S/CONNIE GENNARO

A TRUE COPY

DEPUTY CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

DEPUTY CLERK OF COURT

SERVED ON
JAY DARDENNE
OCT 30 2009
SECRETARY OF STATE
COMMERCIAL DIVISION

ISSUED: 10/27/09

Attorney   WESLEY J. LEVESQUE   P01

P. O. BOX 2381

MANDEVILLE, LA 70470

Received on _____, 20____, and on the _____ day of _____, 20____,
I served a true copy of the within _____,
on _____ in person,
at domicile with _____
in _____ Parish, a distance of _____ miles from the Court House.

Deputy Sheriff

Parish of _____

Nov. 6. 2009 9:30AM   Allstate   No. 2839   P. 4/9 K-104